IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF ARKANSAS
WESTERN DIVISION

TERRY HOBBS

    Plaintiff,

v.                                      Case No. 4:09CV00008 BSM

NATALIE PASDAR, Individually, and
NATALIE PASDAR,
EMILY ROBISON, and
MARTHA MAGUIRE (formerly SEIDEL) d/b/a DIXIE
CHICKS,

    Defendants.

## STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINCE ISSUE TO BE TRIED PURSUANT TO LOCAL RULE 56.1

Plaintiff Terry Hobbs, pursuant to Local Rule 56.1, for his Statement of Material Issues as to Which There is No Genuine Issue to be Tried respectfully states that there is no genuine issue of material fact with respect to the following:

1. Terry Hobbs has never sought or held elective office.

2. Terry Hobbs has never worked for a state, local or federal government.

3. Terry Hobbs is not a member in any civic clubs.

4. Terry Hobbs has never testified before a local, state or federal legislative body.

6. Terry Hobbs has a 10th grade education.

7. Terry Hobbs works at a lumber yard and his pay is $425 per week.

8. The parties have stipulated to the authenticity of printed off versions of numerous newspaper, television and internet publications related to the murder of three boys in West Memphis, AR in May 1993 and the subsequent conviction of three defendants for

1

the murders.

RESPECTFULLY SUBMITTED this the 20 day of July, 2009.

TERRY HOBBS

BY:   /s/ J. Cody Hiland
    J. CODY HILAND, Bar No. 2002041
    Attorney for Plaintiff
    557 Locust Ave.
    Conway, AR  72034
    Phone: (501) 932-1007
    Fax:    (501) 336-8688
    Email: chilandlaw@alltel.net

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing to be served in compliance with the Federal Rules of Civil Procedure on the following persons on this 20 day of July 2009:

Mr. John E. Moore
Huckabay, Munson, Rowlett and Moore
Regions Center
400 W. Capitol , Suite 1900
Little Rock, AR 72201

Mr. Dan D. Davison
Ms. D'Lesli M. Davis
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Robert B. Wellenberger
Thompson, Coe, Cousins & Irons, L.L.P.
700 North Pearl Street, Twenty-fifth Floor
Dallas, Texas 75201-2825

/s/ J. Cody Hiland
J. CODY HILAND