IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRY HOBBS                                                    PLAINTIFF

vs.                                NO: 4-09-CV-008 BSM

NATALIE PASDAR, ET AL.                                        DEFENDANTS

---

**MEMORANDUM IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS MARTHA MAGUIRE,
EMILY ROBISON AND THE DIXIE CHICKS**

---

Defendants Martha Maguire, Emily Robison, and the Dixie Chicks, a *de facto* Texas
Partnership, adopt and incorporate by reference the *Memorandum in Support of Natalie Pasdar's
Motion for Summary Judgment* (Doc. #39) as their brief in support of their Motion for Summary
Judgment.

Dated:  August 24, 2009.

Respectfully Submitted,


     /s/ Robert B. Wellenberger
Robert B. Wellenberger
Texas Bar No. 21135200

Thompson, Coe, Cousins & Irons, L.L.P.
700 North Pearl Street, Twenty-fifth Floor
Dallas, Texas  75201-2825
Telephone:     (214) 871-8200
Facsimile:     (214) 871-8209
e-mail:            bwellenberger@thompsoncoe.com
ATTORNEY FOR DEFENDANTS MARTHA
MAGUIRE, EMILY ROBISON, AND THE DIXIE
CHICKS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to all counsel using the CM/ECF system on August 24, 2009.

/s/ Robert B. Wellenberger
Robert B. Wellenberger