IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRY HOBBS                                                                   PLAINTIFF

vs.                                NO: 4-09-CV-008 BSM

NATALIE PASDAR, ET AL.                                        DEFENDANTS

---

**RESPONSE OF MARTHA MAGUIRE, EMILY ROBISON AND THE DIXIE CHICKS IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PUBLIC FIGURE**

---

Defendants Martha Maguire, Emily Robison, and the Dixie Chicks, a de facto Texas partnership (herein collectively referred to as the "Dixie Chicks"), oppose Plaintiff Terry Hobbs Motion for Partial Summary Judgment filed July 20, 2009 (Doc. #31)(the "Motion"). The Motion should be denied upon the grounds and for the reasons set forth in "Defendant Natalie Pasdar's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment Regarding Public Figure," which is incorporated herein by this reference.

WHEREFORE, the Dixie Chicks pray that the Motion be in all things denied.

Dated: September 18, 2009.

                                           Respectfully Submitted,

                                             /s/ Robert B. Wellenberger
                                           Robert B. Wellenberger
                                           Texas Bar No. 21135200

                                           Thompson, Coe, Cousins & Irons, L.L.P.
                                           700 North Pearl Street, Twenty-fifth Floor
                                           Dallas, Texas 75201-2825
                                           Telephone:    (214) 871-8200
                                           Facsimile:     (214) 871-8209
                                           e-mail:        bwellenberger@thompsoncoe.com
                                           ATTORNEY FOR DEFENDANTS MARTHA MAGUIRE,
                                           EMILY ROBISON, AND THE DIXIE CHICKS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to all counsel using the CM/ECF system on September 18, 2009.

/s/ Robert B. Wellenberger
Robert B. Wellenberger