IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRY HOBBS                                                                                   PLAINTIFF

vs.                                 NO: 4-09-CV-008 BSM

NATALIE PASDAR, ET AL.                                                DEFENDANTS

**RESPONSE OF MARTHA MAGUIRE, EMILY ROBISON AND THE DIXIE CHICKS IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING FAIR REPORT PRIVILEGE AND OPINION**

      Defendants Martha Maguire, Emily Robison, and the Dixie Chicks, a de facto Texas partnership (herein collectively referred to as the "Dixie Chicks"), oppose Plaintiff Terry Hobbs Motion for Partial Summary Judgment filed June 25, 2009 (Doc. #26)(the "Motion"). The Motion should be denied upon the grounds and for the reasons set forth in "Defendant Natalie Pasdar's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment Regarding Fair Report Privilege and Opinion," which is incorporated herein by this reference.

      WHEREFORE, the Dixie Chicks pray that the Motion be in all things denied.

      Dated: September 18, 2009.

                                                  Respectfully Submitted,

                                                  /s/ Robert B. Wellenberger
                                                 Robert B. Wellenberger
                                                 Texas Bar No. 21135200

                                                 Thompson, Coe, Cousins & Irons, L.L.P.
                                                 700 North Pearl Street, Twenty-fifth Floor
                                                 Dallas, Texas 75201-2825
                                                 Telephone:    (214) 871-8200
                                                 Facsimile:     (214) 871-8209
                                                 e-mail:        bwellenberger@thompsoncoe.com
                                                 ATTORNEY FOR DEFENDANTS MARTHA MAGUIRE,
                                                 EMILY ROBISON, AND THE DIXIE CHICKS

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to all counsel using the CM/ECF system on September 18, 2009.

                                              /s/ Robert B. Wellenberger
                                                    Robert B. Wellenberger