IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRY HOBBS                                                                 PLAINTIFF

vs.                         NO: 4-09-CV-008 BSM

NATALIE PASDAR, ET AL.                                  DEFENDANTS

**RESPONSE OF MARTHA MAGUIRE, EMILY ROBISON AND THE DIXIE CHICKS TO PLAINTIFF TERRY HOBBS' STATEMENT OF FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED PURSUANT TO LOCAL RULE 56.1, COUNTER STATEMENT OF FACTS AND STATEMENT OF MATERIAL FACTS AS TO WHICH A GENUINE ISSUE EXISTS TO BE TRIED RELATING TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING FAIR REPORT PRIVILEGE AND OPINION**

Defendants Martha Maguire, Emily Robison, and the Dixie Chicks, a de facto Texas partnership, join and adopt "Natalie Pasdar's Responses to Plaintiff Terry Hobbs' Statement of Facts as to Which There is No Genuine Issue to Be Tried Pursuant to Local rule 56.1, Counter Statement of Facts and Statement of material Facts as to Which a Genuine Issue Exists to Be Tried Relating to Plaintiff's Motion for Partial Summary Judgment Regarding Fair Report Privilege and Opinion," as their response to "Plaintiff Terry Hobbs' Statement of Facts as to Which There is No Genuine Issue to Be Tried Pursuant to Local Rule 56.1," and as their counter statement of facts and statement of material facts as to which a genuine issue exists to be tried relating to Plaintiff's motion for partial summary judgment regarding the fair report privilege and opinion.

Dated: September 18, 2009.

Respectfully Submitted,

  /s/ Robert B. Wellenberger
Robert B. Wellenberger
Texas Bar No. 21135200

Thompson, Coe, Cousins & Irons, L.L.P.
700 North Pearl Street, Twenty-fifth Floor
Dallas, Texas  75201-2825
Telephone:   (214) 871-8200
Facsimile:   (214) 871-8209
e-mail:          bwellenberger@thompsoncoe.com
ATTORNEY FOR DEFENDANTS MARTHA MAGUIRE,
EMILY ROBISON, AND THE DIXIE CHICKS

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to all counsel using the CM/ECF system on September 18, 2009.

  /s/ Robert B. Wellenberger
Robert B. Wellenberger