IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRY HOBBS                                                                               PLAINTIFF

vs.                                      NO: 4-09-CV-008 BSM

NATALIE PASDAR, ET AL.                                       DEFENDANTS

**RESPONSE OF MARTHA MAGUIRE, EMILY ROBISON AND THE DIXIE CHICKS TO PLAINTIFF TERRY HOBBS' STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINCE [SIC] ISSUE TO BE TRIED PURSUANT TO LOCAL RULE 56.1, COUNTER STATEMENT OF FACTS AND STATEMENT OF MATERIAL FACTS AS TO WHICH A GENUINE ISSUE EXISTS TO BE TRIED RELATING TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PUBLIC FIGURE**

Defendants Martha Maguire, Emily Robison, and the Dixie Chicks, a de facto Texas partnership adopt and join "Natalie Pasdar's Responses to Terry Hobbs' Statement of Material Facts as to Which There is No Genuince [sic] Issue to Be Tried Pursuant to Local rule 56.1, Counter Statement of Facts and Statement of Material Facts as to Which a Genuine Issue Exists to Be Tried Relating to Plaintiff's Motion for Partial Summary Judgment Regarding Public Figure" as their response to "Plaintiff's Statement of Material Facts as to Which There is No Genuince [sic] Issue to Be Tried Pursuant to Local Rule 56.1," and as their counter statement of facts and statement of material facts as to which a genuine issue exists to be tried relating to Plaintiff's Motion for Partial Summary Judgment regarding public figure.

Dated:  September 18, 2009.

                                                Respectfully Submitted,

                                                  /s/ Robert B. Wellenberger
                                              Robert B. Wellenberger
                                              Texas Bar No. 21135200

                                              Thompson, Coe, Cousins & Irons, L.L.P.
                                              700 North Pearl Street, Twenty-fifth Floor
                                              Dallas, Texas  75201-2825
                                              Telephone:     (214) 871-8200
                                              Facsimile:      (214) 871-8209
                                              e-mail:          bwellenberger@thompsoncoe.com
                                              ATTORNEY FOR DEFENDANTS MARTHA MAGUIRE,
                                              EMILY ROBISON, AND THE DIXIE CHICKS

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to all counsel using the CM/ECF system on September 18, 2009.

                                                /s/ Robert B. Wellenberger
                                                    Robert B. Wellenberger