IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TERRY HOBBS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CV NO.: 4-09-CV-0008BSM |
| NATALIE PASDAR, *et al.*, | § § § | |
| Defendants. | § | |

## SUPPLEMENTAL RESPONSE TO STATEMENT OF FACTS IN SUPPORT OF DEFENDANT NATALIE PASDAR'S MOTION FOR SUMMARY JUDGMENT

Having been advised by Counsel for Defendant that Plaintiff did not respond to Statement of Fact No. 104, Plaintiff makes the following supplemental response:

Statement of Fact No. 104:

As with the DNA evidence, Hobbs also was the first to disclose to the press the details surrounding his WMPD interview. Exs. 20-21, 24 (various news articles); Court's File, Stip. No. 1 (Exs. 3-5, 8, 13); Court's File, Stip. No. 4 (Ex. 253).

Response: Denied to the extent that it includes reference to the DNA evidence.

RESPECTFULLY SUBMITTED this the 29th day of September, 2009.


TERRY HOBBS


BY:    /s/ J. Cody Hiland_____
J. CODY HILAND, Bar No. 2002041
Hiland, Davies & Thomas
Attorney for Plaintiff
609 Locust Ave.
Conway, AR 72034
Phone: (501) 513-0088
Fax: (501) 513-0085
Email: cody.hiland@att.net


## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing to be served in compliance with the Federal Rules of Civil Procedure on the following persons on this 29th day of September 2009:

| | |
|---|---|
| Mr. John E. Moore<br>Huckabay, Munson, Rowlett and Moore<br>Regions Center<br>400 W. Capitol , Suite 1900<br>Little Rock, AR 72201 | Mr. Dan D. Davison<br>Ms. D'Lesli M. Davis<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201-2784 |

Robert B. Wellenberger
Thompson, Coe, Cousins & Irons, L.L.P.
700 North Pearl Street, Twenty-fifth Floor
Dallas, Texas  75201-2825

**/s/ J. Cody Hiland**
**J. CODY HILAND**