IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TERRY HOBBS, | § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 4:09 CV00008 BSM |
| NATALIE PASDAR, et al., | § § | |
| Defendants. | § § | |

## DEFENDANT NATALIE PASDAR'S MOTION FOR LEAVE TO FILE HER FIRST AMENDED ANSWER AND BRIEF IN SUPPORT THEREOF

Defendant Natalie Pasdar, individually, and Natalie Pasdar d/b/a Dixie Chicks ("Pasdar") files her Motion for Leave to File her First Amended Answer to Plaintiff Terry Hobbs' ("Hobbs") November 25, 2008 Complaint ("Complaint") and Brief in Support Thereof, and for same would show as follows:

On November 25, 2008, Hobbs filed his Complaint against the Defendants. On February 2, 2009, Pasdar, individually, and Pasdar, along with Defendants Martha McGuire and Emily Robison d/b/a Dixie Chicks filed their Defendants' Original Answer. Since the filing of the Defendants' Original Answer, the parties have engaged in discovery, including written discovery and depositions. Additionally, Defendants Emily Robison and Martha McGuire d/b/a the Dixie Chicks are now represented by separate counsel.

The Final Scheduling Order entered by this Court on February 26, 2009 allows the parties to seek leave of the Court to amend their pleadings until October 16, 2009. Pasdar seeks leave of the Court, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 15 and the Court's Final Scheduling Order, to file her First Amended Answer. A copy of the proposed amended pleading is attached

hereto as Exhibit A.

Pasdar seeks to file her First Amended Answer to: (1) reflect her separate representation from Defendants Martha McGuire and Emily Robison d/b/a Dixie Chicks; (2) clarify defenses initially asserted prior to discovery in this case; and (3) assert new affirmative defenses developed through the discovery to date.

Consistent with the mandates of FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2), leave of court to amend should be freely given when justice so requires. *See Foman v. Davis*, 371 U.S. 178 (1962). Pasdar does not seek to file her First Amended Answer for purposes of undue delay, as Pasdar has timely submitted all pleadings to date and the Motion for Leave has been filed within the deadline established by this Court in its Final Scheduling Order. Pasdar is not seeking leave to amend the Defendants' Original Answer in bad faith or with a dilatory motive. Indeed, Pasdar seeks to clarify her defenses and assert new affirmative defenses which have arisen as additional facts have developed through discovery undertaken to date. Hobbs is not prejudiced in any way by the filing of the First Amended Answer, as he is, among other things, on prior notice of Pasdar's separate representation and the new defenses. Accordingly, Pasdar's Motion for Leave should be granted.

For the foregoing reasons, Defendant Natalie Pasdar respectfully requests leave to file her First Amended Answer attached as Exhibit A, and for such other relief to which she may be justly entitled.

Dated: October 14, 2009

        Respectfully submitted,

    /s/ Dan D. Davison
        Dan D. Davison
        Lead Attorney
        Pro Hac Vice
        ddavison@fulbright.com
        D'Lesli Davis
        Pro Hac Vice
        ddavis@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

    John E. Moore
    State Bar No. 82111
    john.moore@hmrmlaw.com

HUCKABAY MUNSON, ROWLETT & MOORE P.A.
Regions Center
400 W. Capital, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 374-6535
Facsimile: (501) 374-5906

COUNSEL FOR DEFENDANT,
NATALIE PASDAR, Individually, and
NATALIE PASDAR d/b/a DIXIE CHICKS.

## CERTIFICATE OF CONFERENCE

This certifies that I have spoken with counsel for Hobbs concerning the relief requested above, and Hobbs opposes Pasdar's request to file an amended answer.

s/ Dan D. Davison
Dan D. Davison

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the following counsel of record in accordance with the Federal Rules of Civil Procedure, on this 14th day of October, 2009.

| J. Cody Hiland<br>HILAND LAW FIRM<br>609 Locust Avenue<br>Conway, Arkansas 72034 | Bob Wellenberger<br>THOMPSON, COE, COUSINS & IRONS, L.L.P.<br>700 North Pearl Street<br>Plaza of the Americas, Twenty-Fifth Floor<br>Dallas, Texas 75201-2832 |

/s/ Dan D. Davison
Dan D. Davison