IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TERRY HOBBS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 4:09 CV00008 BSM |
| | § | |
| NATALIE PASDAR, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## STIPULATION NO. 5: REGARDING NATALIE PASDAR'S REMARKS AT THE RALLY

COME NOW, Plaintiff Terry Hobbs, Defendants Natalie Pasdar, Individually, and Natalie Pasdar, Emily Robison and Martha Seidel d/b/a Dixie Chicks (collectively, the "Parties"), and submit their STIPULATION NO. 5: REGARDING NATALIE PASDAR'S REMARKS AT THE RALLY and, for same, would respectfully show the Court as follows:

1. The Parties hereby agree and stipulate as follows:

    a. The document attached hereto as Exhibit A, which consists of a transcript of Natalie Pasdar's remarks ("Rally Transcript") at a December 19, 2007 rally in Little Rock, Arkansas ("Rally"), is a true and correct copy of the subject remarks referenced therein;

    b. The Rally Transcript contains all of the statements by Pasdar arising out of the Rally of which Hobbs complains.

Dated: October 15, 2009

Respectfully submitted,

_/s/ J. Cody Hiland_
J. Cody Hiland
Bar No. 2002041

557 Locust Avenue
Conway, Arkansas 72034
Telephone: (501) 932-1007
Facsimile: (501) 336-8688

COUNSEL FOR PLAINTIFF, TERRY HOBBS.

_/s/ Dan D. Davison_
Dan D. Davison
Lead Attorney
Pro Hac Vice
ddavison@fulbright.com
D'Lesli Davis
Pro Hac Vice
ddavis@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

John E. Moore
State Bar No. 82111
john.moore@hmrmlaw.com

HUCKABAY MUNSON, ROWLETT & MOORE P.A.
Regions Center
400 W. Capital, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 374-6535
Facsimile: (501) 374-5906

COUNSEL FOR DEFENDANT,
NATALIE PASDAR, Individually, and
NATALIE PASDAR d/b/a DIXIE CHICKS.

/s/ Robert B. Wellenberger
Robert B. Wellenberger
Pro Hac Vice

THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, Twenty-fifth Floor
Dallas, Texas 75201-2825
Telephone: (214) 871-8257
Facsimile: (214) 871-8209

COUNSEL FOR DEFENDANTS,
MARTHA SEIDEL AND EMILY
ROBISON d/b/a DIXIE CHICKS.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the following counsel of record in accordance with the Federal Rules of Civil Procedure on this 15th day of October, 2009.

| | |
|---|---|
| J. Cody Hiland | Bob Wellenberger |
| HILAND, DAVIES & THOMAS, PLLC | THOMPSON, COE, COUSINS & IRONS, L.L.P. |
| 609 Locust Avenue | 700 North Pearl Street |
| Conway, Arkansas 72034 | Plaza of the Americas, Twenty-Fifth Floor |
| | Dallas, Texas 75201-2832 |

/s/ Dan D. Davison
Dan D. Davison