## NashvilleGab Video:

Thank you. I have papers will help better. I just wanted to say thanks for being here today and I think every face and person does make a difference and I think these letters will matter. I think it's important for our elected officials don't know about but all elected officials to know that we are watching them and we care about the decisions that they make and what they pay attention to so I think it does matter that each one of you is here today and that people sign these petitions. You know people ask me all the time why I am interested in this and why I'm involved and I think looking around at these postcards and letters is exactly why I'm here. When you see the films and when you go to the website and you learn about the case and all the evidence that is there now you just feel like what can I do? Any little thing and everyone you know these people from around the world wrote a postcard and I went on the website and learned more and donated to the defense fund and got a response from Laurie and started a dialog and relationship with her and I'm here because she asked me to be here and you just want to do anything you can to right this wrong and I remember just feeling - I'm just amazed that these guys are still in prison and that they turn into men in prison. It's not about opinion any more. It's not about debate. It's about science and I've tried to find negative comments and it's hard to find – it's hard for people to open their mouths or debate something that has now been scientifically proven, something I knew in my gut after I watched the films that these three guys did not do these crimes. So I just wanted to say I'm honored to be here. Laurie is a wonderful wonderful person and she's what has kept this going for 14 years and made people not to forget about the West Memphis Three so I'm just happy to be here and I urge you all to go WM3.org and donate to the defense fund. The donations is what has paid for the forensic tests and the DNA testing that's going to set these men free so thank you very much.





- 1 -

PASDAR 1567