IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TERRY HOBBS, | § § | |
| Plaintiff, | § § | |
| vs. | § | Case No. 4:09 CV00008 BSM |
| NATALIE PASDAR, *et al.*, | § § § | |
| Defendants. | § § | |

## STIPULATION NO. 6: EXTENSION OF DISCOVERY DEADLINE SOLELY TO CONDUCT EXPERT DISCOVERY

Terry Hobbs, Natalie Pasdar, Individually, and Natalie Pasdar, Emily Robison and Martha Seidel d/b/a Dixie Chicks (collectively, the "Parties") submit their STIPULATION NO. 6: EXTENSION OF DISCOVERY DEADLINE SOLELY TO CONDUCT EXPERT DISCOVERY, and for same, respectfully show the Court as follows:

1. The Parties hereby agree and stipulate as follows:

    a. The November 16, 2009 discovery deadline established by the FINAL SCHEDULING ORDER governing this case shall continue to govern all fact discovery in this case including without limitation, written discovery, fact witness depositions and party depositions.

    b. The Parties agree, however, to extend the November 16, 2009 discovery deadline for the sole purpose of conducting discovery relating to expert witnesses. Such discovery shall be limited to discovery relating to expert witnesses, including expert witness disclosures, production of documents reviewed or prepared by experts and expert depositions.

Dated: October 15, 2009                    Respectfully submitted,

       /s/ J. Cody Hiland
       J. Cody Hiland
       Bar No. 2002041
       cody.hiland@att.net

HILAND, DAVIES & THOMAS, PLLC
609 Locust Avenue
Conway, Arkansas 72034
Telephone: (501) 932-1007
Facsimile: (501) 336-8688

**COUNSEL FOR PLAINTIFF, TERRY HOBBS.**


       /s/ Robert B. Wellenberger
       Robert B. Wellenberger
       Bar No. 21135200

THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, Twenty-fifth Floor
Dallas, Texas 75201-2825
Telephone: (214) 871-8257
Facsimile: (214) 871-8209

**COUNSEL FOR DEFENDANTS,
MARTHA SEIDEL AND EMILY
ROBISON d/b/a DIXIE CHICKS.**

/s/ Dan D. Davison
Dan D. Davison
Lead Attorney
Pro Hac Vice
ddavison@fulbright.com
D'Lesli Davis
Pro Hac Vice
ddavis@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

John E. Moore
State Bar No. 82111
john.moore@hmrmlaw.com

HUCKABAY MUNSON, ROWLETT & MOORE P.A.
Regions Center
400 W. Capital, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 374-6535
Facsimile: (501) 374-5906

**COUNSEL FOR DEFENDANT,
NATALIE PASDAR, Individually, and
NATALIE PASDAR d/b/a DIXIE CHICKS.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the following counsel of record in accordance with the Federal Rules of Civil Procedure on this 15th day of October, 2009.

| | |
|---|---|
| J. Cody Hiland | Bob Wellenberger |
| HILAND, DAVIES & THOMAS, PLLC | THOMPSON, COE, COUSINS & IRONS, L.L.P. |
| 609 Locust Avenue | 700 North Pearl Street |
| Conway, Arkansas 72034 | Plaza of the Americas, Twenty-Fifth Floor |
| | Dallas, Texas 75201-2832 |

/s/ Dan D. Davison
Dan D. Davison