IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRY HOBBS                                                                    PLAINTIFF

vs.                            NO: 4-09-CV-008 BSM

NATALIE PASDAR, ET AL.                              DEFENDANTS

**MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER OF
MARTHA MAGUIRE AND EMILY ROBISON D/B/A DIXIE CHICKS**

Defendants Martha Maguire and Emily Robison d/b/a Dixie Chicks ("Dixie Chicks"), for their Motion for Leave to' File their First Amended Answer to Plaintiff Terry Hobbs' ("Hobbs") November 25, 2008 Complaint ("Complaint"), state:

On November 25, 2008, Hobbs filed his Complaint against the Defendants. On February 2, 2009, Natalie Pasdar, individually, and Defendants Natalie Pasdar, Martha McGuire and Emily Robison d/b/a Dixie Chicks filed their Defendants' Original Answer. Since the filing of the Defendants' Original Answer, the parties have engaged in discovery, including written discovery and depositions. Additionally, Defendants Emily Robison and Martha McGuire d/b/a the Dixie Chicks are now represented by separate counsel.

The Final Scheduling Order entered by this Court on February 26, 2009 allows the parties to seek leave of the Court to amend their pleadings until October 16, 2009. Dixie Chicks seek leave of the Court, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 15 and the Court's Final Scheduling Order, to file their First Amended Answer. A copy of the proposed amended pleading is attached hereto as Exhibit A.

Dixie Chicks seek to file their First Amended Answer to: (1) reflect their separate representation from Defendant Natalie Pasdar; (2) clarify defenses initially asserted prior

to discovery in this case; and (3) assert new affirmative defenses developed through the discovery to date.

Consistent with the mandates of FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2), leave of court to amend should be freely given when justice so requires. *See Foman v. Davis*, 371 U.S. 178 (1962). Dixie Chicks do not seek to file their First Amended Answer for purposes of undue delay, as they have timely submitted all pleadings to date and the Motion for Leave has been filed within the deadline established by this Court in its Final Scheduling Order. Dixie Chicks are not seeking leave to amend the Defendants' Original Answer in bad faith or with a dilatory motive. Indeed, they seek to clarify their defenses and assert new affirmative defenses based on facts developed through discovery undertaken to date. Hobbs is not prejudiced in any way by the filing of the First Amended Answer, as he is, among other things, on prior notice of Dixie Chicks' separate representation and the new defenses. Accordingly, Dixie Chicks' Motion for Leave should be granted.

For the foregoing reasons, Defendants Martha Maguire and Emily Robison d/b/a Dixie Chicks respectfully request leave to file their First Amended Answer attached as Exhibit A, and for such other relief to which they may be justly entitled.

Dated: October 16, 2009.

Respectfully Submitted,

/s/ Robert B. Wellenberger
Robert B. Wellenberger
Texas Bar No. 21135200

Thompson, Coe, Cousins & Irons, L.L.P.
700 North Pearl Street, Twenty-fifth Floor
Dallas, Texas 75201-2825
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
e-mail: bwellenberger@thompsoncoe.com

**Attorney For Defendants Martha Maguire and Emily Robison d/b/a Dixie Chicks**

## CERTIFICATE OF CONFERENCE

This certifies that I have spoken with counsel for Hobbs concerning the relief requested above, and Hobbs opposes Dixie Chicks request to file an amended answer.

/s/ Robert B. Wellenberger
Robert B. Wellenberger

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to all counsel using the CM/ECF system on October 16, 2009.

/s/ Robert B. Wellenberger
Robert B. Wellenberger