IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF ARKANSAS
WESTERN DIVISION

TERRY HOBBS

    Plaintiff,

v.                                                 Case No. 4:09CV00008 BSM

NATALIE PASDAR, Individually, and
NATALIE PASDAR,
EMILY ROBISON, and
MARTHA MAGUIRE (formerly SEIDEL) d/b/a DIXIE
CHICKS,

    Defendants.

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS FOR LEAVE TO FILE AMENDED ANDWERS

Plaintiff Terry Hobbs for his Response to Defendants' Motions for Leave to File Amended Answers respectfully states:

Defendant Natalie Pasdar and Defendant Dixie Chicks have both filed motions to amend to assert defenses available under Tennessee law but that are not available under Arkansas law.

In their initial answer, Pasdar and the Dixie Chicks pled "entitlement to all defenses and relief available to it under the Arkansas Civil Justice Reform Act, Act 649 of 2003." On April 30, 2009, the Arkansas Supreme Court struck down significant portions of Act 649 of 2003. *Johnson v. Rockwell Automation, Inc.*, 2009 Ark. 241, --- S.W.3d ----, 2009 WL 1218362 (2009). In a subsequent Motion for Summary Judgment, Pasdar suggested that Arkansas law does not apply in this case, despite having pled a defense specific to Arkansas law in her initial answer. Pasdar wanted the benefit of the

1

Arkansas Civil Justice Reform Act, and when portions of it were declared unconstitutional, Pasdar went shopping for law that was more favorable to her position. Similarly, the Dixie Chicks now also assert defenses based on Tennessee law despite pleading provisions specific to Arkansas law in their initial answer.

Both motions incorrectly assert that discovery has led to new facts that constitute the basis for amendment of the pleadings. What has actually been "discovered" is new law after defenses initially asserted were undermined by a ruling of the Arkansas Supreme Court. The purpose of the amendment is to engage what is akin impermissible "forum shopping" because Defendants changed their minds about which state's law was more favorable to their position. The Defendants' motions should be denied.

RESPECTFULLY SUBMITTED this the 28th day of October, 2009.

**TERRY HOBBS**

**BY:    /s/ J. Cody Hiland**
**J. CODY HILAND, Bar No. 2002041**
**Hiland, Davies & Thomas**
**Attorney for Plaintiff**
**609 Locust Ave.**
**Conway, AR  72034**
**Phone:  (501) 513-0088**
**Fax:     (501) 513-0085**
**Email:** cody.hiland@att.net

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing to be served in compliance with the Federal Rules of Civil Procedure on the following persons on this 28th day of October 2009:

Mr. John E. Moore                              Mr. Dan D. Davison
Huckabay, Munson, Rowlett and Moore    Ms. D'Lesli M. Davis

Regions Center  
400 W. Capitol , Suite 1900  
Little Rock, AR 72201

Robert B. Wellenberger  
Thompson, Coe, Cousins & Irons, L.L.P.  
700 North Pearl Street, Twenty-fifth Floor  
Dallas, Texas  75201-2825

Fulbright & Jaworski L.L.P.  
2200 Ross Avenue, Suite 2800  
Dallas, TX 75201-2784

**/s/ J. Cody Hiland_____**  
**J. CODY HILAND**