IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRY HOBBS**                                                                                              **PLAINTIFF**

v.                         CASE NO. 4:09-CV-0008 BSM

**NATALIE PASDAR, individually, and
NATALIE PASDAR, EMILY ROBISON,
and MARTHA SEIDEL d/b/a DIXIE CHICKS**                             **DEFENDANTS**

## JUDGMENT

Pursuant to the order of this date, granting defendants' motions for summary judgment, plaintiff's complaint must be dismissed with prejudice against defendants.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendants and against plaintiff.

IT IS FURTHER ORDERED that the complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED THIS 1st day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE